**Order entered March 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01064-CR

### LARRY LYNN ROBINSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F14-51103-Y

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the reporter's record; (4) Sharon Hazlewood is the court reporter who recorded the proceedings; (5) Ms. Hazlewood's explanation for the delay in filing the record is she is having "significant computer problems" as well as "issues relating to her transition out of the courthouse upon the retirement" of the previous judge of the court, and her scopist has been ill; and (6) Ms. Hazlewood requested forty-five days from the February 13, 2015 hearing to file the reporter's record.

We **ORDER** court Sharon Hazlewood to file the complete reporter's record, including all exhibits admitted into evidence, by **4:00 P.M. on MONDAY, APRIL 6, 2015**. Because the record is already more than three months overdue, no further extensions will be granted. If the complete reporter's record is not filed by the date and time specified, we will order that Sharon Hazlewood not sit as a court reporter until she files the complete record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; and to counsel for all parties.

/s/    ADA BROWN
         JUSTICE